Clerk's Office
Filed Date: 10/21/21

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

CURTIS JACKSON, NICOLE MACKEY, NAOMI WILLIAMS, NYOKA WILLIAMS, ANNMARIE WILLIAMS,

                                                            Plaintiffs,

-against-

THE CITY OF NEW YORK, MATTHEW SABELLA, ALAN CHAU, DAVID SINGH, NICHOLAS SKOMINA, KENNETH TRIOLO, CHARLES STEIGER, MICHAEL O'BRIAN, FABIAN MODESTO, RICHARD ORTEGA, MICHAEL BECKER, JOSE VILLAFONE, ETHAN CHAN,

                                                            Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

18-CV-2214 (MKB) (ST)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
   October 12, 2021

| | |
|---|---|
| THE RAMEAU LAW FIRM<br>*Attorneys for Plaintiffs*<br>16 Court Street, Suite 2504<br>Brooklyn, New York 11241<br><br>By: _____<br>Amy Rameau<br>*Attorney for Plaintiffs* | GEORGIA M. PESTANA<br>Corporation Counsel of the<br>    City of New York<br>*Attorney for Defendants City of New York,*<br>   *Sabella, Chau, Singh, Skomina, Triolo,*<br>   *Steiger, O'Brian, Modesto, Ortega,*<br>   *Becker, Villafone, and Chan*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: /s/ Omar J. Siddiqi<br>Omar J. Siddiqi<br>*Senior Counsel* |

SO ORDERED:
s/ MKB 10/20/2021

_____
MARGO K. BRODIE
United States District Judge